[No. 55678-9-I. Division One. March 27, 2006.]

DARLEEN FITZPATRICK, *Appellant,* v. EVERETT COMMUNITY COLLEGE ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-07756-7, Linda C. Krese, J., entered February 4, 2005. *Reversed* by unpublished opinion per Schindler, J., concurred in by Cox, C.J., and Grosse, J.


[No. 55838-2-I. Division One. March 27, 2006.]

KING COUNTY, *Respondent,* v. SUSAN MARTIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-40527-1, Douglas D. McBroom, J., entered March 4, 2005. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, C.J., and Grosse, J.


[No. 55897-8-I. Division One. March 27, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. CHADS J. CHALFANT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-15071-6, Christopher A. Washington, J. Pro Tem., entered February 25, 2005. *Affirmed* by unpublished per curiam opinion.


[No. 56488-9-I. Division One. March 27, 2006.]

NATALIE BROOKE, *Respondent,* v. JAMES H. ROBINSON ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 00-2-15358-9, Michael Hayden, J., entered June 1, 2005. *Affirmed* by unpublished per curiam opinion.